First National Bank of Amityville, Respondent, v. Thomas Kells Sons Company and Others, Defendants. Louis H. Strouse, Assignee, etc., of Thomas Kells Sons Company, Appellant.— Order affirmed, with ten dollars costs and disbursements, upon the ground that the assignee did not disclose the facts upon which rested the defense that plaintiff took the check with notice that it was issued without authority, but without preju-

dice to a new application to Special Term by the appellant, on papers which disclose facts which *prima facie* support his defense. Hirschberg, Burr, Thomas, Carr and Woodward, JJ., concurred.